ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Silvia Elizabeth Colman-Randas,<br>Petitioner,<br>v.<br>John Cantu, et al.,<br>Respondents. | No.   CV-25-03594-PHX-MTL (ASB)<br><br>**ORDER** |

Petitioner Silvia Elizabeth Colman-Randas has filed, through counsel, a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) and a Motion for Temporary Restraining Order (Doc. 2). The Court will require Respondents to answer the Petition and respond to the Motion.

In her Petition, Petitioner names as Respondents: John Cantu, Director of the Phoenix Office of Detention and Removal; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement (ICE); Kristi Noem, Department of Homeland Security Secretary (DHS); and San Luis Regional Detention Center Warden David R. Rivas.[1]

Petitioner is a Guatemalan national who has resided in the United States since 2018. Petitioner was placed in removal proceedings, and released on her own recognizance in April 2019. Petitioner applied for asylum, but the application was denied and she was

---

[1] Petitioner also names "DOES 1-5" who she describes as "the immediate, physical custodians of P[etitioner]."

ordered removed from the United States in July 2019. Petitioner appealed; that appeal remains ongoing and the Ninth Circuit has issued a stay of Petitioner's removal while her appeal remains pending. Petitioner has no criminal record. Despite the Ninth Circuit's stay and her lack of criminal history, Petitioner was taken into ICE custody on May 15, 2025, and has remained detained since that time, in alleged violation of the Fifth Amendment, the Rehabilitation Act, the Administrative Procedures Act, and the *Accardi* Doctrine.

The Court will require Respondents to answer the Petition and respond to the Motion for Temporary Restraining Order.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition and Motion for Temporary Restraining Order (Docs. 1 and 2) to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(4) Respondents must respond to the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) **no later than 5:00 p.m. Wednesday, October 8, 2025**. Petitioner may file a reply **no later than 5:00 p.m. Friday, October 10, 2025**.

(5) Respondents must answer the petition within **twenty (20) days** of the date of service.

. . . .

. . . .

. . . .

. . . .

(6) Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

Dated this 1st day of October, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge